# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 19-01484-AB (PLAx) | Date: | July 12, 2019 |

| | |
|---|---|
| Title: | Tammi Jacob et al v. Mentor Worldwide LLC et al |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Jennifer A Lenze | Monee Takla Hanna |
| Lowell W Finson | Dustin B Rawlin, PHV |
| | Melissa J Fassett |

**Proceedings:** 1) DEFENDANT MENTOR WORLDWIDE LLC'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT [19];

2) PLAINTIFFS' MOTION TO REMAND TO STATE COURT [21];

3) DEFENDANT NUSIL LLC AND NUSIL TECHNOLOGY LLC'S MOTION TO DISMISS [23]

    The Courtroom Deputy Clerk distributes the Court's tentative rulings prior to the case being called.

    The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motions under submission.

00 : 25

CV-90 (12/02)     CIVIL MINUTES - GENERAL     Initials of Deputy Clerk CB